**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7919**

_____

JAMES EDWARD DAWKINS,

                        Plaintiff - Appellant,

     versus

MARK TRIPLETT, Officer of Catawba County; TONY
A. KELLER, Lieutenant of Catawba County,

                        Defendants - Appellees,

     and

CATAWBA COUNTY; L. DAVID HUFFMAN, Sheriff of
Catawba County,

                        Defendants.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Graham C. Mullen, Chief
District Judge. (CA-97-171)

_____

Submitted: May 14, 2003          Decided: May 28, 2003

_____

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Edward Dawkins, Appellant Pro Se.  Alison Raney Bost, Andrew Christian Buckner, Robert Danny Mason, Jr., WOMBLE, CARLYLE, SANDRIDGE & RICE, P.L.L.C., Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Dawkins appeals the district court's order denying his motion for reimbursement of costs.  We have independently reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Dawkins v. Triplett, No. CA-97-171 (W.D.N.C. filed Oct. 31, 2002; entered Nov. 1, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2